1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Jonathan Corbett, Esq. (CA Bar No. 325608)**

958 N. Western Ave. #765

Hollywood, CA 90029

Phone: (310) 684-3870

FAX: (310) 675-7080

E-mail: jon@corbettrights.com

*Attorney for Jessica Lundquist*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Lundquist <br> *Plaintiff* <br><br> v. <br><br> *United States of America* et al. <br> *Defendants* | Case No. 2:20-CV-04980-FMO-AS <br><br> **MOTION TO STRIKE DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Hearing Date: June 24th, 2021, 10 AM |

Plaintiff Jessica Lundquist respectfully moves the Court to strike the two "Notices of Supplemental Authority" filed by the Individual Defendants on May 20th, 2021.  ECF Nos. 47, 48.

As background, Plaintiff had filed her own Notice of Supplemental Authority on February 24th, 2021.  ECF No. 37.  Defense counsel immediately demanded that Plaintiff withdraw the notice because it contained two sentences that could be construed as "argument," which is not permitted in a Notice of Supplemental Authority in this district.  Plaintiff complied, withdrew the notice, and re-filed an amended notice without argument.  ECF Nos. 38, 39.  Notwithstanding, Defendants *still* filed a motion to strike Plaintiff's notice, framing it as an improper sur-reply and apparently finding the matter so urgent that they moved the Court *ex parte*.  ECF

No. 40.  The Court denied Defendants' motion, noting that notices of supplemental authority "with no additional briefing" are proper.  ECF No. 42.  "The court is perfectly capable of reading the decision and determining what persuasive value, if any, it has on this case."  *Id*.

With the Court's position being clear, it is therefore shocking that Defendants last week filed not one, but two "Notices of Supplemental Authority" that both contained "argument" in the exact same manner that they demanded Plaintiff refrain from doing.  ECF Nos. 47, 48.  It is further shocking that they have refused to withdraw them upon demand of the undersigned counsel.  Affirmation of Jonathan Corbett.

If defense counsel wishes to be a stickler for argument-free notices, they can apply the same rule to themselves – doubly-so after the Court has spoken on the matter.  Defense counsel should have known better.

Plaintiff respectfully moves to strike.

Dated:        Los Angeles, CA              Respectfully submitted,
              May 27th, 2021


                                          _____/s/Jonathan Corbett_____
                                          **Jonathan Corbett, Esq.**
                                          CA Bar #325608
                                          *Attorney for Jessica Lundquist*
                                          958 N. Western Ave. #765
                                          Hollywood, CA 90029
                                          Phone: (310) 684-3870
                                          FAX:   (310) 675-7080
                                          E-mail: jon@corbettrights.com