# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LUNDQUIST, | Case No. CV 20-4980 FMO (ASx) |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On May 27, 2021, plaintiff Jessica Lundquist ("plaintiff") filed a Motion to Strike Defendants' Notice of Supplemental Authority (Dkt. 49, "Motion"). The Motion was set for oral argument on June 24, 2021. The June 24, 2021, hearing date required defendants to file their Opposition to the Motion no later than June 3, 2021. See Local Rule 7-9. Defendants did not file any opposition to plaintiff's Motion. (See, generally, Dkt.). Accordingly, the court will vacate the hearing date and grant plaintiff's Motion. See Local Rule 7-12.

Based on the foregoing, IT IS ORDERED THAT:

1. The hearing set for June 24, 2021, is hereby **vacated**.

2. Plaintiff's Motion **(Document No. 49)** is **granted**.

3. Defendants' Notices of Supplemental Authority **(Document Nos. 47 & 48)** are hereby **stricken**.

Dated this 9th day of June, 2021.

/s/
Fernando M. Olguin
United States District Judge