**Jonathan Corbett, Esq. (CA Bar No. 325608)**
958 N. Western Ave. #765
Hollywood, CA 90029
Phone: (310) 684-3870
FAX: (310) 675-7080
E-mail: jon@corbettrights.com
*Attorney for Jessica Lundquist*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Lundquist<br>*Plaintiff*<br><br>v.<br><br>United States of America,<br>*Defendants* | Case 20-CV-4980 (FMO) (ASx)<br><br>**NOTICE OF WITHDRAWAL OF MOTION** |

    Pursuant to L.R. 7-16, Plaintiff withdraws the motion for reconsideration at ECF No. 56.

Dated:    Los Angeles, CA                           Respectfully submitted,

          August 20th, 2021

                                                                        */s/Jonathan Corbett*
                                                      **Jonathan Corbett, Esq.**
                                                      (CA Bar #325608)
                                                      *Attorney for Jessica Lundquist*
                                                      958 N. Western Ave. #765
                                                      Hollywood, CA 90029
                                                      Phone & FAX: (310) 684-3870
                                                      E-mail: jon@corbettrights.com